UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Recarlos Derrell Watkins            Docket No. 7:04-CR-137-1FL

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Recarlos Derrell Watkins, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 15, 2005, to the custody of the Bureau of Prisons for a term of 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On February 5, 2009, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's imprisonment term was reduced from 125 to 100 months.

Recarlos Derrell Watkins was released from custody on September 21, 2012, at which time the term of supervised release commenced.

A Violation Report was previously submitted to the court addressing new criminal conduct that was subsequently dismissed on April 15, 2015. The defendant was continued under the same conditions of supervision.

A Violation Report was previously submitted to the court addressing cocaine use on May 20, 2015. The defendant was verbally reprimanded, required to participate in substance abuse treatment, and was continued under the same conditions of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on June 5, 2015, was positive for cocaine. When this officer confronted Watkins about illicit drug use, he admitted that he used cocaine on June 2, 2015, and signed an admission form. As a sanction for this violation conduct, service of 5 days in jail and continued participation in substance abuse treatment are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

June 26, 2015
Docket No. 7:04-CR-137-1FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 consecutive days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

   Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ J. Brock Knight |
| Robert L. Thornton | J. Brock Knight |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2030 |
| | Executed On: June 26, 2015 |

### ORDER OF THE COURT

Considered and ordered this __29th__ day of ____June____, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge