UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Recarlos Derrell Watkins**                         **Docket No. 7:04-CR-137-1FL**

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Recarlos Derrell Watkins, who upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 15, 2005, to the custody of the Bureau of Prisons for a term of 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Recarlos Derrell Watkins was released from custody on September 21, 2012, at which time the term of supervised release commenced.

On June 29, 2015, Watkins was ordered to serve a 5 day term of jail custody in response to using a controlled substance.

On March 9, 2017, Watkins, who had satisfactorily completed a prior term of treatment, was placed back in substance abuse treatment and exposed to cognitive behavioral techniques in response to admitting he used controlled substances which resulted in two positive urinalysis tests.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 20, 2017, Watkins submitted a urinalysis sample that was positive for cocaine. In response to previous positive tests Watkins has begun substance abuse treatment and the probation office is attempting to gain compliance through cognitive behavioral techniques. Considering Watkins has less than four months of supervision remaining, it is recommended the probation office continue to pursue compliance through these techniques but that his treatment be increased to an intensive outpatient program and that Watkins submit to a 30 day curfew supported by location monitoring as a punitive sanction.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall participate in the Intensive Outpatient Alcohol/Drug Rehabilitation and Education program through Coastal Horizons, Inc., in Burgaw, North Carolina, as directed by the U.S. Probation Office

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                   I declare under penalty of perjury that the foregoing
                                                         is true and correct.


/s/ Robert L. Thornton                                   /s/ Erik J. Graf
Robert L. Thornton                                       Erik J. Graf
Supervising U.S. Probation Officer                       U.S. Probation Officer
                                                         2 Princess Street, Suite 308
                                                         Wilmington, NC 28401-3958
                                                         Phone: 910-679-2031
                                                         Executed On: May 25, 2017

## ORDER OF THE COURT

Considered and ordered this ___25th___ day of ___May_____, 2017, and ordered filed and
made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge